IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** West, Daphanne V

Printed: 1/15/08

Case Number: 07 B 16893
Judge: Wedoff, Eugene R
Filed: 9/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,159.20 | 0.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 7,692.10 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 26.26 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 73.08 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 23.46 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 26.39 | 0.00 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 48.03 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 37.40 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 20.64 | 0.00 |
| 10. | Target National Bank | Unsecured | 25.87 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 45.31 | 0.00 |
| 12. | Loyola University Phys Foundation | Unsecured | 71.67 | 0.00 |
| 13. | Alliance One | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 16. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 17. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Trinsic | Unsecured |  | No Claim Filed |
| 20. | DuPage Emergency Physicians | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 24. | Palisades Acquisition LLC | Unsecured |  | No Claim Filed |
| 25. | Turner Acceptance Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** West, Daphanne V

Printed: 1/15/08

Case Number: 07 B 16893
Judge: Wedoff, Eugene R
Filed: 9/17/07

| | | | |
|---|---|---|---|
| 26. | Progressive Recovery Technique | Unsecured | No Claim Filed |
| 27. | Tribute/Fbold | Unsecured | No Claim Filed |
| 28. | Arrow Financial Services | Unsecured | No Claim Filed |
| 29. | Superior Asset Management | Unsecured | No Claim Filed |

_____     _____
$ 11,249.41     $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_